IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY A. CHATMAN,

    Petitioner,                    No. CIV S-10-0264 KJM KJN (TEMP) P

    vs.

M.S. EVANS, et al.,

    Respondents.            ORDER

_____/

        Petitioner requests that the court take judicial notice of 22 pages of a psychology textbook written by Dennis Coon. Under Rule 201(b) of the Federal Rules of Evidence, "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." The information presented in the passage provided by petitioner does not fall within either category of

////

////

////

////

////

1

1  facts described above. Therefore, IT IS HEREBY ORDERED that petitioner's March 7, 2011
2  request for judicial notice is denied.
3  DATED: March 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chat0264.rjn