UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. CHATMAN,<br><br>       Petitioner,<br><br>   v.<br><br>M. S. EVANS,<br><br>       Respondent. | No.  2:10-cv-0264 KJM CKD P<br><br><br>ORDER |

On November 26, 2014, the United States Court of Appeals for the Ninth Circuit reversed the January 19, 2012 judgment of dismissal in this pro se prisoner action and remanded "to allow Chatman to file his § 2254 petition." (ECF No. 53 at 4.) On December 9, 2014, Appellee Rick Hill filed a petition for rehearing en banc of petitioner's appeal, <u>Chatman v. Hill</u>, Case No. 12-15461 (9th Cir.). In light of this development, and pending issuance of a writ of mandate from the Ninth Circuit, the undersigned will vacate its order directing petitioner to take further steps in this action.

////
////
////
////
////

1

1   Accordingly, this court's December 12, 2014 order is hereby VACATED.

Dated: January 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / chat0264.ord(2)