HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
David_Porter@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. CHATMAN, | Case No. 2:10-cv-264 KJM CKD |
| Petitioner, | REQUEST FOR SUBSTITUTION OF COUNSEL & ORDER |
| v. | |
| RICK HILL, | Judge:  HON. CAROLYN K. DELANEY |
| Respondent. | |

     Pursuant to Local Rule 182, Assistant Federal Defender David M. Porter requests this Court enter the order lodged with this request appointing John Balazs to represent petitioner, LARRY A. CHATMAN, in the above-entitled matter.

     On January 19, 2012, this Court dismissed the petition for writ of habeas corpus, and Mr. Chatman, who was appearing pro se, filed a notice of appeal. The Ninth Circuit Court of Appeal subsequently granted a certificate of appealability and appointed the Office of the Federal Defender to represent Mr. Chatman on appeal.

     On November 26, 2014, the Ninth Circuit reversed this Court's decision and remanded the case for further proceedings. The mandate issued on January 27, 2015. On February 3, 2015, the Ninth Circuit issued an order noting that it was in receipt of Mr. Chatman's pro se motion for appointment of counsel "on appeal,"


Case 2:10-cv-00264-KJM-CKD   Document 62   Filed 03/16/15   Page 2 of 3

which was filed before the Court issued its mandate. The Court denied the motion as unnecessary, but suggested that

> [i]f appellant wishes to have the Federal Public Defender's Office represent him in proceedings in the district court, appellant should communicate with counsel, who can file a motion in the district court for appointment of counsel in the district court, with an indication that the court of appeals found that substantial legal issues may exist which would warrant the assistance of counsel.

Mr. Chatman has subsequently affirmed that he wishes to have counsel represent him in the district court. The Office of the Federal Defender cannot accept appointment because of its current caseload; however, the undersigned has communicated with Attorney John Balazs, who has agreed to accept representation. Mr. Balazs' address is: Law Offices of John Balazs, 916 2nd St #F, Sacramento, CA 95814, and his telephone number is (916) 447-9299. He has authorized the undersigned to sign this request on his behalf.

Accordingly, Mr. Porter requests the court enter the order lodged below.

Dated: March 12, 2015

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ David M. Porter*
                                          DAVID M. PORTER
                                          Assistant Federal Defender

///

///

///

///

///

///

///

1 | I have been informed that the situation is as described above and will accept appointment as counsel of record for Mr. Chatman.

Dated: March 12, 2015

/s/ John Balazs
JOHN BALAZS

IT IS SO ORDERED.

Dated: March 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE