UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. CHATMAN, | No. 2:10-cv-0264 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| M. S. EVANS, | |
| Respondent. | |

Petitioner has various options for how to proceed in this § 2254 action on remand. (See ECF No. 54.) Proceeding pro se, petitioner has filed a motion to (1) amend the petition to include an unexhausted claim and (2) stay this action pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). (ECF No. 58.) As petitioner has been appointed counsel, the undersigned will deny this motion without prejudice to renewal, so that petitioner may consult with his attorney before determining how to proceed.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to amend and stay (ECF No. 58) is denied without prejudice to renewal.

Dated: March 13, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / chat0264.ord