IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHATMAN,<br><br>          Petitioner,<br><br>     v.<br><br>M.S. EVANS, Warden,<br><br>          Respondent. | No. 2:10-cv-0264 KJM CKD P<br><br><u>ORDER</u> |

The court has reviewed respondent's Exhibit 14, the state court clerk's transcript of sealed documents in petitioner's criminal case. Respondent has provided a copy of these documents to petitioner's counsel. GOOD CAUSE APPEARING, it is hereby ordered that respondent's Exhibit 14 be filed under seal.

Dated: October 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE