JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Petitioner
LARRY CHATMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHATMAN, | No.  2:10-0264 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| M.S. EVANS, Warden, | |
| Respondent. | |

For good cause shown, IT IS HEREBY ORDERED that petitioner's motion for extension of time (ECF No. 89) is granted.  Petitioner may file a Reply to respondent's Answer on or before January 31, 2017.

Dated:  January 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1