# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. CHATMAN, | No. 2:10-cv-00264 KJM CKD P |
| Petitioner, | |
| v. | |
| M.S. EVANS, | **AMENDED ORDER & WRIT OF HABEAS CORPUS** |
| Respondent. | **AD TESTIFICANDUM** |

**Larry A. Chatman, CDCR # F-02478**, a necessary and material witness in a settlement conference in this case on May 4, 2018, is confined in Folsom State Prison (FSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Allison Claire to appear **by video conference** from his present place of confinement to the United States District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on **Tuesday, August 7, 2018 at 10:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference **by video conference** at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FSP, P.O. Box 910, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 1, 2018

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE