UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. CHATMAN,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>    Respondent. | No. 2:10-cv-00264 KJM CKD P<br><br>ORDER |

        Petitioner, a California state inmate proceeding through appointed counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 15, 2019, the petition was granted with respect to petitioner's claim of ineffective assistance of counsel and denied as to petitioner's remaining claims. ECF No. 114. Judgment was entered on the same day. ECF No. 115.

        On November 18, 2019, the court received a letter from petitioner *in propria persona*. ECF No. 116. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to serve a copy of this order on petitioner's counsel, on petitioner at the California Substance Abuse Treatment Facility, and on respondent; and

/////

/////

1

2. Within fourteen (14) days from the date of this order, counsel for petitioner and respondent may file a response, if any they have, to the contentions raised in petitioner's letter.

DATED: December 3, 2019.

_____
UNITED STATES DISTRICT JUDGE