UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. CHATMAN,<br><br>    Petitioner,<br><br>  v.<br><br>RICK HILL,<br><br>    Respondent. | No. 2:10-cv-00264 KJM CKD P<br><br><br>ORDER |

    Petitioner, a California state inmate proceeding through appointed counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 15, 2019, the petition was granted with respect to petitioner's claim of ineffective assistance of counsel and denied as to petitioner's remaining claims. ECF No. 114. Judgment was entered on the same day. ECF No. 115.

    On February 11, 2020, the court received a request from petitioner *in propria persona*, in which petitioner explains he has attempted to procure a copy of the transcript of petitioner's August 29, 2019 sentencing hearing before the Solano County Superior Court. Petitioner asks the court to order the sentencing judge and petitioner's previous attorney, Denis Honeychurch, to provide petitioner with a copy of said transcript.

    This request is improperly filed before the federal court, which generally may not order a state court to provide transcripts to a defendant. *See Demos v. United States Dist. Court*

1

*for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir.1991) (a federal court lacks jurisdiction to issue a write of mandamus to a state court) (citation omitted).  Rather, petitioner's request should be filed with the state court that sentenced petitioner, Solano County Superior Court.

Accordingly, the request is DENIED.

IT IS SO ORDERED.

DATE: February 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE